```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
POP MART AMERICAS INC., *et al.*,                  :
:
                Plaintiffs,   :   1:25-mc-337
:
      -against-           :   <u>ORDER</u>
:
ANGEL TOY STORE STORE, *et al.*          :
:
                Defendants.   :
:
:
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    On August 7, 2025, Plaintiffs moved for leave to file this action under seal. The document identified as Plaintiffs' "Memorandum of Law in Support of Plaintiff's Motion for Leave to File Case Under Seal," Dkt. No. 1-2, is not a memorandum of law in support of a motion for leave to file the case under seal. The memorandum says the word "seal" just twice—in its caption. It contains no information or argument to justify filing the case under seal. Instead, the content of the motion to seal appears to be identical to Plaintiffs' memorandum of law in support of the issuance of a temporary restraining order. Dkt. No. 1-14.

    Because Plaintiffs have not presented an argument in support of the request to seal this case, the application to seal this case is denied without prejudice to renewal. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 1.

    SO ORDERED.

Dated: August 7, 2025
       New York, New York

                                                  GREGORY H. WOODS
                                           United States District Judge
                                                        Part I